**Order filed April 28, 2015.**



In The

# Fourteenth Court of Appeals
———————

NO. 14-14-00889-CR
NO. 14-14-00890-CR
———————

**DANIEL REYNULFO EDISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause Nos. 1379135 & 1372460**

## ORDER

Appellant is represented by appointed counsel, Patricia Sedita. Appellant's brief was originally due January 2, 2015. The court granted a total of 90 days extension of time to file appellant's brief until April 2, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On April 20, 2015, counsel filed a

further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order **Patricia Sedita** to file a brief with the clerk of this court on or before **May 15, 2015**. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM